IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21556-CIV-WILLIAMS/TORRES

RAUL GARCIA FERNANDEZ,

    Plaintiff,

vs.

Gregory A Richardson, Director,
for the Texas Service Center, of U.S.
Citizenship and Immigration Services, et. al.,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

    COMES NOW the undersigned Assistant United States Attorney, and pursuant to Rule 6(b), and Rule 12(a)(2), Federal Rules of Civil Procedure, respectfully moves this Honorable Court for an unopposed order enlarging the time within which the Defendants may file an answer or other response to the complaint in this case, and as grounds therefore would show as follows:

    1.    On April 24, 2019, the Plaintiff filed his complaint against the Defendants seeking declaratory and injunctive relief from Defendants denial of an employment based immigrant petition filed by Plaintiff on his own behalf seeking classification as alien of extraordinary ability in accordance with Section 203(b)(1)(A) of the Immigration and Nationality Act as Personal Trainer/Bodybuilder in the field of bodybuilding, pursuant to 28 U.S.C § 1331; 28 U.S.C. § 1346; 8 U.S.C. § 1153; 5 U.S.C. § 701, *et seq*.; and 5 U.S.C. § 551 and 5 U.S.C § 553.

    2.    On May 3, 2019, a copy of the Complaint was served upon the United States Attorney's Office, Southern District of Florida.

    3.    During the course of gathering the records and other information pertaining to Plaintiff's complaint the undersigned counsel has learned that, on or about June 3, 2019, the USCIS

reopened the administrative proceedings and issued a Notice of Intent to Deny (NOIT). This process allows for the applicant to respond to the agency's expressed position before a decision issues. Based upon these developments, the Plaintiff has stated that he does not oppose the Defendants' motion to seek an order extending by 90 days the time required for an answer or other response pleading to be filed. This should allow sufficient time for the administrative proceedings to be concluded and a decision issued.

    4.    In compliance with Local Rule 7.1(a)(3) of this Court, the undersigned counsel has conferred with Plaintiff's counsel regarding this motion and reports that he does not oppose it.

WHEREFORE, the undersigned counsel, pursuant to Federal Rules of Civil Procedure, respectfully moves this Honorable Court for an order enlarging the time by 90 days within which the Defendants may file an answer or other response to the complaint.

**Respectfully submitted,**

**ARIANA FAJARDO ORSHAN**
**UNITED STATES ATTORNEY**

**By: CHARLES S. WHITE**
CHARLES S. WHITE
Assistant United States Attorney
Florida Bar No. 394981
Email: Charles.White@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel.: 305.961.9286
*Counsel for the Defendant*