**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-21556-CIV-WILLIAMS/TORRES

**RAUL GARCIA FERNANDEZ,**

    **Plaintiff,**

vs.

**Gregory A Richardson, Director,
for the Texas Service Center, of U.S.
Citizenship and Immigration Services, et. al.,**

    **Defendants.**

_____/

## ORDER ENLARGING TIME TO FILE ANSWER OR OTHER RESPONSE

THIS CAUSE is before the Court upon the unopposed Motion of the Defendants, pursuant to Rule 6(b) and Rule 12(a)(2), Federal Rules of Civil Procedure, for an order enlarging the time by 90 days within which the Defendants may file an answer or other response to the complaint in this case.

Upon review of all relevant portions of the records, it is hereby:

ORDERED AND ADJUDGED THAT the Defendants' Motion is GRANTED. Defendants shall file an answer or other response to the complaint in this case on or before September 30, 2019.

DONE and ORDERED in chambers at Miami, Florida this _____ day of June, 2019.

                                            _____
                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE